IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

**DAVID GOLDSTEIN,**

    Plaintiff,

v.                                            Civil Action No. **3:16CV980**

**HENRICO COUNTY POLICE,** *et al.,*

    Defendants.

**MEMORANDUM OPINION**

On December 27, 2016, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on February 7, 2017, the Court directed Plaintiff to pay an initial partial filing fee of $73.93 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 2/28/17
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge